UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MASHANTUCKET PEQUOT TRIBE<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF LEDYARD, PAUL HOPKINS,<br>Tax Assessor of the Tow of Ledyard and<br>JOAN CARROLL, Tax Collector of the<br>Town of Ledyard,<br><br>    Defendants,<br><br>THE STATE OF CONNECTICUT,<br><br>    Intervenor-Defendant. | CIVIL ACTION NO.<br>3:06-CV-01212 (WWE)<br>3:08-CV-01355 (WWE)<br><br>**AFFIDAVIT OF RODNEY A.<br>BUTLER** |

I, Rodney A. Butler, declare and state as follows:

1.    I am Chairman of the Mashantucket Pequot Tribal Council of the Mashantucket Pequot Tribal Nation ("the Tribe"). The Tribal Council is the governing body of the Tribe and, as Chairman, I preside over the meetings of the Tribal Council and have general supervision of the affairs of the Tribe and of the Tribal Council. This affidavit is based on my personal knowledge, and in some cases, review of the Tribe's business records.

2.    The Mashantucket Pequot Tribe is a federally-recognized American Indian tribal government (under 25 U.S.C. § 1758(a)). The Tribe occupies and exercises jurisdiction over its Reservation, which is located in southeastern Connecticut, bordering or in close proximity to the Towns of Ledyard, Preston and North Stonington, and includes approximately 1,600 acres of land held in trust by the United States for the Tribe's exclusive benefit.

3.    Within the Reservation, the Tribe is largely self-sufficient, exercising all of the powers of

self-governance. The Tribe provides essential governmental services to its community, which includes tribal members, visitors, employees, and vendors. These services are similar to the ones that state or local governments provide to their communities, such as:

**Mashantucket Pequot Tribal Gaming Commission:** The Gaming Commission is charged with the primary responsibility for regulatory oversight of all tribal gaming operations on the Reservation.

**Court Services:** The Mashantucket Pequot Tribal Court provides a judicial forum for the resolution of civil and criminal cases. The Tribal Court is comprised of a trial and appellate level.

**Fire and Emergency Services:** The Department of Fire and Emergency Services provides 24-hour fire and emergency medical services to the Reservation.

**Land Use Commission:** The Land Use Commission is responsible for enforcing the Tribal Land Use Law and employee safety regulation.

**Tribal Occupational Safety and Health Administration:** TOSHA is a regulatory agency of the Tribe created to enforce the Tribe's Occupational Safety and Health Law which addresses workplace health and safety issues.

**Police Protection:** The Tribe's Police Department assures public safety and order throughout the Reservation. The Department has approximately 15 professional police officers who are also deputized by the Bureau of Indian Affairs.

**Public Works:** The Tribe's Public Works Department is responsible for maintenance of the Tribe's grounds, roads, and buildings.

**Utilities:** The Tribe's Utilities Department administers the delivery of utilities to the Tribe and its enterprises. It maintains and operates Reservation-wide water, gas, electric and wastewater treatment systems.

I have attached hereto as **Exhibits A and B** true and correct copies of the Tribe's most recent Annual Reports (2009 and 2010), which describe these, and other services provided by the Tribe, such as child development, housing, health, education, career planning, and other services to its community.

4.      The Tribe uses its own resources to fund these and other essential government services. The Tribe's main source of revenue is its gaming enterprise, and it also relies on a Tribal sales

tax, a hotel occupancy tax, and an admissions tax for on-Reservation transactions—but it does not rely on financial assistance from Connecticut or Ledyard to provide services on the Reservation. The Tribe does receive some grants from the federal government.

5. The Tribe has made deliberate choices about the laws and regulations it enacts in order to regulate activities on the Reservation in the manner the Tribe, through its governing body – the Tribal Council – deems appropriate given all of the circumstances.

6. The Tribe adopted the General Revenue and Taxation Code in 1998 (Title 16 of the Mashantucket Pequot Tribal Laws), a tax code that includes a hotel occupancy tax, food and beverage tax, a general sales tax, and an admissions tax. The Tribe's Office of Revenue and Taxation has issued regulations implementing the Tribal Tax Code. The Tribal Council has reviewed these taxes over the years and has reviewed the possibility of imposing other taxes on the Reservation. Based on this review, the Tribe has modified the Tax Code to increase tax rates when it felt necessary, and has specifically reviewed whether to impose a property tax. At the present time, the Tribal Council has made a deliberate decision not to impose a tax on personal property located on its reservation, but the Tribal Council has considered adopting such a tax on several occasions, including within the past year, and will continue to consider whether to impose taxes on property located within the Reservation.

7. The Mashantucket Pequot Gaming Enterprise (the "Gaming Enterprise") is an arm of the tribal government that conducts gaming operations at Foxwoods Resort Casino and MGM Grand at Foxwoods, both located on the Reservation.

8. The Gaming Enterprise was established after the Indian Gaming Regulatory Act ("IGRA") created a federal statutory basis for Indian gaming "as a means of promoting tribal

economic development, self-sufficiency, and strong tribal governments." 25 U.S.C. § 2702(1) (Public Law 100-497 (Oct. 17, 1988), *codified at* 25 U.S.C. § 2701, *et seq.*).

9.  Gaming operations are governed by the Final Mashantucket Pequot Gaming Procedures promulgated by the Secretary of Interior (56 Fed. Reg. 24996 (May 31, 1991) (the "Gaming Procedures") and the Tribal Gaming Law (Title 3 of the Mashantucket Pequot Tribal Laws). The Tribe oversees its gaming operation through the Tribal Gaming Enterprise and the Mashantucket Pequot Tribal Gaming Commission is the primary regulatory body insuring the integrity of the tribal gaming.

10. The Tribal Gaming Law provides for, among other things, tribal regulation of the gaming operations, establishing the Tribe's sole proprietary interest in the gaming operations, and the required revenue allocation from the gaming. A true and correct copy of the Tribal Gaming Law (Mashantucket Pequot Tribal Laws, Title 3) is attached hereto as **Exhibit C**.

11. Since 2002, the Tribe has invested over $1.42 billion of capital into its gaming operations.

12. Pursuant to Gaming Procedures § 11, since 2003 the Tribe has reimbursed the State for law enforcement and regulatory services related to the gaming in the approximate amount of $56.8 million. The yearly payments from the Tribe to the State are as follows:

| State's Fiscal Year End | Payment Pursuant Gaming Procedures § 11 |
| --- | --- |
| June 30, 2003 | $4,519,914.79 |
| June 30, 2004 | $4,655,512.00 |
| June 30, 2005 | $4,795,178.00 |
| June 30, 2006 | $5,034,936.00 |
| June 30, 2007 | $5,236,335.00 |
| June 30, 2008 | $5,759,967.00 |
| June 30, 2008 | $5,759,967.00 |
| June 30, 2009 | $6,700,000.00 |
| June 30, 2010 | $7,035,000.00 |
| June 30, 2011 | $7,316,400.00 |

13. As agreed in the Second Amendment to Memorandum of Understanding Between the State of Connecticut and the Mashantucket Pequot Tribe ¶ 1 (April 25, 1994) (a true and correct copy is attached hereto as **Exhibit D**), the Tribe also pays 25% of the gross operating revenues from its video facsimile games to the state. Since 2003, the Tribe has paid more than $1.5 billion to the state. The payments by year are set out below:

| Fiscal Year | Total Payment |
|---|---|
| 2003/2004 | $196,883,096 |
| 2004/2005 | $204,953,050 |
| 2005/2006 | $204,505,785 |
| 2006/2007 | $201,380,257 |
| 2007/2008 | $190,037,675 |
| 2008/2009 | $177,153,485 |
| 2009/2010 | $169,408,149 |
| 2010/2011 | $174,092,415 |

(*See also* Foxwoods Casino Schedule of Selected Video Facsimile/Slot Machine Data, available at http://www.ct.gov/dcp/lib/dcp/pdf/gaming/fosltweb_july_11.pdf.)

## Index of Exhibits

| Exhibit | Description |
|---|---|
| A | Mashantucket Pequot Tribe Annual Report (2009) |
| B | Mashantucket Pequot Tribe Annual Report (2010) |
| C | Mashantucket Pequot Tribal Nation, Tribal Laws, Title 3 |
| D | Memorandum of Understanding Between the State of Connecticut and the Mashantucket Pequot Tribe (April 25, 1994) (as amended) |

-6-

FURTHER AFFIANT SAYETH NAUGHT.

By _____
Rodney A. Butler

Subscribed and sworn to before me
this 14th day of September, 2011

_____
Notary Public

KATHRYN D. GLASS
Notary Public-Connecticut
My Commission Expires
November 30, 2011